**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Isidro PADILLA–VELA, also known as Cesar Padilla, also known as Juan Antonio Padilla, Defendant–Appellant.**

No. 08–50200

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 8, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, BARKSDALE, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Isidro Padilla–Vela raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *cert. denied,* —— U.S. ——, 128 S.Ct. 872, 169 L.Ed.2d 737 (2008). The Government's motion for summary affirmance is

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jesus Manuel GARCIA–GARCIA,**
**Defendant–Appellant.**

No. 08–50076

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 8, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, Federal Public Defender, Donna F. Coltharp, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, BARKSDALE, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jesus Manuel Garcia–Garcia raises arguments that are foreclosed by *Almen-*

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**682**

*darez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *cert. denied,* —— U.S. ——, 128 S.Ct. 872, 169 L.Ed.2d 737 (2008). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

UNITED STATES of America, Plaintiff–Appellee

v.

Alfredo **GONZALEZ–CORDOVA,** Defendant–Appellant.

No. 08–40313
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 8, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JOLLY, BARKSDALE, and HAYNES, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Alfredo Gonzalez–Cordova raises arguments that are foreclosed by *United States v. Garcia–Mendez,* 420 F.3d 454, 457 (5th Cir.2005), which held that a Texas conviction for burglary of a habitation was equivalent to burglary of a dwelling and *United States v. Gomez–Guerra,* 485 F.3d 301, 303 n. 1 (5th Cir.), *cert. denied,* —— U.S. ——, 128 S.Ct. 156, 169 L.Ed.2d 106 (2007), which explained that the decision in *James v. United States,* 550 U.S. 192, 127 S.Ct. 1586, 167 L.Ed.2d 532 (2007) is not dispositive of this issue. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

UNITED STATES of America, Plaintiff–Appellee

v.

Aristeo Santana **SALGADO,** also known as Michael Gonzalez Carlon, also known as Israel Esparza, also known as Michael Santana Carreon, also known as Israel Esparza Carreon, also known as Michael Salgado, Defendant–Appellant.

No. 08–20222
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 8, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern Dis-

the limited circumstances set forth in 5TH CIR. R. 47.5.4.